11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the matter of S.M., a juvenile,          * From the County Court
   at Law No. 1 of Bell County,
   Trial Court No. 69,915.

No. 11-12-00203-CV          * April 11, 2013

          * Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.